## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| | |
| ABABU AMEHA YETBAREK, Individually and as Personal Representative of the Estate of SARA GEBREMICHAEL, Deceased, and on behalf of all Surviving Beneficiaries, | **SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT** |
| Plaintiffs, | |
| v. | **DEMAND FOR JURY TRIAL** |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AREOSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | |
| Defendants. | |

PLAINTIFF, ABABU AMEHA YETBAREK, Individually and as Personal Representative of the Estate of SARA GEBREMICHAEL, Deceased, and on behalf of all Surviving Beneficiaries, Complains of the defendants, and each of them, as follows:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any:  N/A

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiff incorporates by reference each of the Counts in the Master Complaint checked below:

*As* against *THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

## PLAINTIFFS' INFORMATION:

4. Decedent, SARA GEBREMICHAEL, was an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein:

ABABU AMEHA YETBAREK, spouse of the decedent, Personal Representative of the estate of the decedent and father and natural guardian of decedent's minor children. Minor son Z.A. age 15; minor son E.A. age 10; and minor son N.A. age 5.

TAMRAT WOLDEGIORGIS, father of the decedent.

6. Plaintiff is a resident of Ethiopia. Plaintiff's decedent was a resident of Ethiopia.

7. Decedent's Estate is represented in the following capacity:

☒ ABABU AMEHA YETBAREK is the Personal Representative of the Estate of Decedent and is authorized to bring an action on behalf of the Decedent's Estate. Plaintiff was appointed as the Personal Representative, on or about November 29, 2019:

☐ Other (please describe):

_____.

## PLAINTIFFS' DAMAGES:

8. Plaintiff requests the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒ For all property losses, in an amount according to proof at trial.

☒ For attorneys' fees, costs and other damages as permitted under applicable laws.

☒ For punitive and exemplary damages in an amount according to proof at trial;

☒ For pre- and post-judgment interest on all damages as allowed by the law.

☒ For all costs of suit incurred herein.

☒ For such other and further relief as the Court shall deem just and proper.

☐ Other (specify):

_____

_____

## ADDITIONAL ALLEGATIONS, IF ANY

9.      SARA GEBREMICHAEL ("Sara") was born on February 2, 1981 and died in the crash of ET302 at the age of 38.  She was the senior member of the cabin crew and lead cabin attendant on ET302, having worked for Ethiopia Airlines for many years.

Sara is survived by her husband ABABU AMEHA YETBAREK, and her three young sons, Z.A. age 15,  E.A. age 10, and N.A. age 5, as well as her father, Tamrat Woldegiorgis.

Sara was a caring mother to her three sons, a devoted wife to her husband, and a supportive daughter to her father.  All of them have suffered a terrible loss, compounded by the circumstances of the crash and how easily the defendants could have prevented it from occurring.  Sara's death, and the manner in which she died have caused her family members severe grief and mental harm, in addition the loss of companionship, services and support from their mother, wife and daughter.

## DEMAND FOR JURY TRIAL

PLAINTIFF hereby demand a trial by jury as to all claims in this action.

Dated:  Chicago, Illinois
          February 28, 2020

                              /s/ Todd A. Smith
                              One of the Attorneys for the Plaintiff

                              Todd A. Smith
                              Brian LaCien
                              70 West Madison Street #5500
                              Chicago, IL 60602
                              Tel: 312-313-0202
                              Email: tsmith@prslaw.com
                              Email: blacien@prslaw.com

                              KREINDLER & KREINDLER LLP

                              Justin T. Green,
                              Anthony Tarricone
                              Brian J. Alexander
                              Daniel O. Rose

Megan W. Benett
Andrew J. Maloney, III
Vincent C. Lesch
Kevin J. Mahoney
Erin R. Applebaum
750 Third Avenue
New York, NY 10017
Tel: 212-687-8181
Email: jgreen@kreindler.com
Email: atarricone@kreindler.com
Email: balexander@kreindler.com
Email: drose@kreindler.com
Email: mbenett@kreindler.com
Email: amaloney@kreindler.com
Email: vlesch@kreindler.com
Email: kmahoney@kreindler.com
Email: applebaum@kreindler.com